J. A. Lucas, Defendant in Error, v. Malcolm Lamont
et al., trading as Lamont & Clasen, Plaintiffs in
Error.

Gen. No. 20,182.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY M.
FISHER, Judge, presiding. Heard in this court at the March
term, 1914. Reversed and remanded. Opinion filed December 21,
1914.

### Statement of the Case.

Action by J. A. Lucas against Malcolm Lamont and
E. Norman Clasen, trading as Lamont & Clasen, to
recover a brokerage fee for the sale of real estate.
Plaintiff recovered a judgment for $131.25, and the
defendants bring error.

JENNINGS & FIFER and ANDREW HUMMELAND, for
plaintiffs in error.

WILLIAM J. AMMEN, for defendant in error.

MR. PRESIDING JUSTICE BROWN delivered the opinion
of the court.

### Abstract of the Decision.

PARTNERSHIP, § 249*—*when judgment in favor of individual is
erroneous.* A judgment for brokerage fees for the sale of real
estate in favor of an individual is erroneous where the evidence
shows that the claim for such fees was that of a partnership.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.